UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERTO FLORES,

                Plaintiff,

      -against-

THE PINNACLE GROUP, et.al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/07

06 CIVIL 0986 (JSR)

**JUDGMENT**

     Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Jed S Rakoff, United States District Judge, and the Court, on Feb 28, 2007, having rendered its Memorandum Order granting defendant's motion for summary judgment and dismissing the case with prejudice, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated Feb 28, 2007, defendant's motion for summary judgment is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         Feb 28, 2007

                                     **J. MICHAEL McMAHON**
                                        Clerk of Court
                   BY:
                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____